1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7   PEOPLE OF THE STATE OF
    CALIFORNIA, EX REL., et al.,              Case No.  02-cv-04621-BZ  (RS)
8              Plaintiffs,                            02-cv-04623-BZ  (RS)
9          v.
10  UNITED STATES DEPARTMENT OF              **REASSIGN ORDER**
    TRANSPORTATION, et al.,
11             Defendants.
12
13          This case was sent to the General Duty Judge on a closed case.  The Clerk shall randomly
14  reassign the case.
15  **IT IS SO ORDERED**.
16
17  Dated: 9/21/15
18                                    _____
19                                    RICHARD SEEBORG
                                      United States District Judge
20
21
22
23
24
25
26
27
28