1  Andrew B. Sabey (State Bar No. 160416)
   COX, CASTLE & NICHOLSON LLP
2  50 California Street, Suite 3200
   San Francisco, CA 94111
3  Telephone: (415) 262-5100
   Facsimile: (415) 262-5199
4  asabey@coxcastle.com

5  Attorneys for Defendant
   TOWN OF MAMMOTH LAKES

*IT IS SO ORDERED*
*Kandis Westmore*
Judge Kandis Westmore

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFONRIA ex rel. BILL LOCKYER, Attorney General,, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | Case No. 02-CV-4621-KAW <br><br> **NOTICE OF CHANGE IN COUNSEL** |
| SIERRA CLUB, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | Case No. 02-CV-4623-KAW |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Andrew Morris, of THE TOWN OF MAMMOTH LAKES, hereby enter his appearance as counsel for Defendant. His address and telephone number are as follows:

TOWN ATTORNEY FOR THE TOWN OF MAMMOTH LAKES
437 Old Mammoth Road, Suite R
Mammoth Lakes, CA 93546

**Mailing Address:**
PO Box 1609
Mammoth Lakes, CA 93546
Telephone: 760-934-8989
Facsimile: 760-934-8608
Email: morris96161@gmail.com

Please serve said counsel with all future mailings, pleadings and notices in this action.

**PLEASE TAKE FURTHER NOTICE** that Andrew Sabey is no longer counsel of record for Defendant, The Town of Mammoth Lakes and is no longer associated in this case.

DATED: February 8, 2016

COX, CASTLE & NICHOLSON LLP

By: _____
ANDREW B. SABEY
Attorneys for Defendant
TOWN OF MAMMOTH LAKES

DATED: February 8, 2016

TOWN OF MAMMOTH LAKES

By: _____
ANDREW MORRIS
Attorney for Defendant
TOWN OF MAMMOTH LAKES

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

- 2 -

NOTICE OF CHANGE IN COUNSEL
02-CV-4621-KAW